People v Padilla (2022 NY Slip Op 51125(U))

[*1]

People v Padilla (Yuliberbia)

2022 NY Slip Op 51125(U) [77 Misc 3d 127(A)]

Decided on November 17, 2022

Appellate Term, First Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on November 17, 2022
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Hagler, J.P., Tisch, Michael, JJ.

570820/16

The People of the State of New
York, Respondent,
against
Yuliberbia Padilla,
Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York,
Bronx County (Shari Ruth Michels, J.), rendered April 16, 2016, convicting her, upon a
plea of guilty, of unlawful possession of personal identification information in the third
degree, and imposing sentence.

Per Curiam.
Judgment of conviction (Shari Ruth Michels, J.),
rendered April 16, 2016, modified, as a matter of discretion in the interest of justice, to
the extent of vacating the surcharge and fees imposed at sentencing, and otherwise
affirmed.
Based on our interest of justice powers and the People's consent, we vacate the
surcharge and fees imposed at sentencing (see People v Chirinos, 190 AD3d 434
[2021]). We find it unnecessary to reach any other issues.
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
Clerk of the Court
Decision Date: November 17, 2022